NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*
*The Northern Assurance Company of America*
*and American Home Assurance Company*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780


RECEIVED APR 02 2008 U.S.D.C. S.D.N.Y. CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

THE NORTHERN ASSURANCE COMPANY
OF AMERICA, and AMERICAN HOME
ASSURANCE COMPANY,

                          Plaintiffs,

  - against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                          Defendants.
-------------------------------------------------------------- X

ECF

08 CV No. 03289

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff The Northern Assurance Company of America (a private, non-governmental party) certifies that said party is a wholly owned subsidiary of OneBeacon Insurance Company, which, in turn, is an indirect, wholly owned subsidiary of White Mountain Insurance Group, Ltd.

Dated: New York, New York
       March 31, 2008

                                          NICOLETTI HORNIG & SWEENEY
                                          *Attorneys for Plaintiffs*
                                          *The Northern Assurance Company of America*
                                          *and American Home Assurance Company*

                                      By: _/s/ John A. V. Nicoletti_
                                          John A. V. Nicoletti (JN-7174)
                                          Nooshin Namazi (NN-9449)
                                          Wall Street Plaza
                                          88 Pine Street, 7th Floor
                                          New York, New York 10005-1801
                                          Telephone:  (212) 220-3830
                                          Facsimile:   (212) 220-3780
                                          (FILE NO.:  10000478 JAVN/NN/WMF)

**TO:**

Lafarge North America, Inc.
12950 Worldgate Drive, Suite 500
Herndon, Virginia 20170


American Steamship Owners Mutual Protection and Indemnity Association, Inc.
60 Broad Street
New York, New York 10004