

NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*
*The Northern Assurance Company of America*
*and American Home Assurance Company*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

THE NORTHERN ASSURANCE COMPANY
OF AMERICA, and AMERICAN HOME
ASSURANCE COMPANY,

                              Plaintiffs,

  - against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                             Defendants.
----------------------------------------------------------------X

ECF



Case No.: 08 CV 03289

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff American Home Assurance Company (a private, non-governmental party) certifies that its parent corporation is AIG Commercial Insurance Group, Inc. The immediate parent of AIG Commercial Insurance Group, Inc. is AIG Property and Casualty Group, Inc. and the immediate parent of AIG Property and Casualty Group, Inc. is American International Group. 100% of the stock of American Home Assurance Company is

owned by AIG Commercial Insurance Group, Inc.; however, that is not a publicly held corporation.

Dated: New York, New York
March 31, 2008

                              NICOLETTI HORNIG & SWEENEY
                              *Attorneys for Plaintiffs*
                              *The Northern Assurance Company of America*
                              *and American Home Assurance Company*

By: _/s/ John A. V. Nicoletti (N.N.)_
      John A. V. Nicoletti (JN-7174)
      Nooshin Namazi (NN-9449)
      Wall Street Plaza
      88 Pine Street, 7th Floor
      New York, New York 10005-1801
      Telephone:  (212) 220-3830
      Facsimile:   (212) 220-3780
      (FILE NO.: 10000478 JAVN/NN/WMF)

**TO:**

Lafarge North America, Inc.
12950 Worldgate Drive, Suite 500
Herndon, Virginia 20170


American Steamship Owners Mutual Protection and Indemnity Association, Inc.
60 Broad Street
New York, New York 10004