## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 03289                                   Date Filed: _____

Plaintiff:
**The Northern Assurance Company of America, et al.**

vs.

Defendant:
**Lafarge North America, Inc., et al.**

Received by N.Y. Server LLC on the 2nd day of April, 2008 at 3:19 pm to be served on **Lafarge North America, Inc., 12950 Worldgate Drive, Suite 500, Herndon, VA 20170**.

I, Yen Lam, being duly sworn, depose and say that on the **3rd day of April, 2008 at 3:45 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and DECLARATORY JUDGMENT COMPLAINT WITH EXHIBITS** to: **Peter L. Keeley** as **S.V.P., General Counsel** for **Lafarge North America, Inc.,** at the address of: **12950 Worldgate Drive, Suite 500, Herndon, VA 20170**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHT, Height: 5'8", Weight: 190, Hair: WHT, Glasses: N

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

STATE OF VIRGINIA

COUNTY OF FAIRFAX

Subscribed and Sworn to before me on the 4th day of April, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: 08/31/08

Yen Lam

N.Y. Server LLC
173 North Main Street
#375
Sayville, NY 11782
(877) 358-4515
Our Job Serial Number: 2008001008
Ref: 10000478

Notary Registration Number:

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u

OFFICE COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

THE NORTHERN ASSURANCE COMPANY OF
AMERICA and AMERICAN HOME ASSURANCE
COMPANY,
                    Plaintiffs,
    V.
LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,
                    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-03289

TO: (Name and address of Defendant)

    Lafarge North America, Inc.
    12950 Worldgate Drive, Suite 500
    Herndon, Virginia 20170

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    NICOLETTI HORNIG & SWEENEY
    Wall Street Plaza
    88 Pine Street, 7th Floor
    New York, New York 10005-1801
    Tel: (212) 220-3830

    Attn: John A.V. Nicoletti, Esq.

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 0 2 2008

CLERK                                               DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.