NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*
*The Northern Assurance Company of America*
*and American Home Assurance Company*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
Email: jnicoletti@nicolettihornig.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA and AMERICAN HOME ASSURANCE COMPANY, | Case No.: 08 cv 3289 |
| Plaintiffs, | |
| - against - | |
| LAFARGE NORTH AMERICA, INC. and AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC. | |
| Defendants. | |

-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     : SS.:
COUNTY OF NEW YORK    )

KEVIN I. BROWN, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiffs, The Northern Assurance Company of America and American Home Assurance Company. I am not a party to this action, am over 18 years of age and reside in the Brooklyn, New York.

2. On April 2, 2008, I served the **SUMMONS, D.J. COMPLAINT with exhibits and RULE 7.1 STATEMENTS** upon the following addressee(s):

> American Steamship Owners Mutual
> Protection and Indemnity Association, Inc.
> One Battery Park Plaza, 31st Floor
> New York, New York 10004

by delivering to and leaving personally with Gina Kim, Receptionist, whom was authorized to accept service, a true copy thereof.

Description:

| | |
|---|---|
| Age: | 20 to 25 |
| Sex: | Female |
| Race: | Asian |
| Eyes: | Brown |
| Hair: | Black |
| Height: | 5 feet 5 |
| Weight: | 110 pounds |

_____
KEVIN I. BROWN

Sworn to before me this
2nd day of April, 2008

_Michelle Maniscalco_
Notary Public
MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

THE NORTHERN ASSURANCE COMPANY OF AMERICA and AMERICAN HOME ASSURANCE COMPANY,
                          Plaintiffs,
V.
LAFARGE NORTH AMERICA, INC. and AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.,
                          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
**08 CV 03289**

TO: (Name and address of Defendant)

    American Steamship Owners Mutual Protection and Indemnity
      Association, Inc.
    60 Broad Street
    New York, New York 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    NICOLETTI HORNIG & SWEENEY
    Wall Street Plaza
    88 Pine Street, 7th Floor
    New York, New York 10005-1801
    Tel: (212) 220-3830

    Attn: John A.V. Nicoletti, Esq.

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 0 2 2008

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                            Date                        *Signature of Server*

                                                   _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.