**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA and AMERICAN HOME ASSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>       - against -<br><br>LAFARGE NORTH AMERICA, INC. and AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.,<br><br>                    Defendants. | **ECF CASE**<br><br><br>Case No.: 08 CV 3289<br><br><br><br>DISCLOSURE STATEMENT<br>PURSUANT TO F.R.C.P. 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., certifies that American Steamship Owners Mutual Protection and Indemnity Association, Inc. does not have a corporate parent and there is no publicly held corporation that owns 10% or more of its stock.


Dated:    New York, New York          THACHER PROFFITT & WOOD LLP
         April 22, 2008

                             By:  /s/ John M. Woods
                                 John M. Woods
                                 jwoods@tpw.com
                               Alan F. Kaufman
                               akaufman@tpw.com

                           Two World Financial Center
                           New York, New York 10281
                           (212) 912-7400

                           *Attorneys for Defendant, American Steamship*
                             *Owners Mutual Protection and Indemnity*
                             *Association, Inc.*