John Eric Olson (JO4394)
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant
Lafarge North America, Inc.
45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

               Plaintiffs,

   - against –

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

               Defendants.

-----------------------------------------------------------x

Index No.:
08 CV 03289

**NOTICE OF MOTION
FOR A SEVEN (7) DAY
EXTENSION OF TIME TO
FILE AN ANSWER OR
OTHERWISE MOVE**

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of John Eric Olson, the defendant, Lafarge North America, Inc. will make an application to the Court for a seven (7) day extension of time to answer or otherwise move the Complaint in this action.

Dated: New York, New York
       April 23, 2008

_____

TO:   Nicoletti Hornig Campise Sweeney & Paige
       Wall Street Plaza
       88 Pine Street
       New York, NY 10005-1801
       Attn: John Nicoletti, Esq.

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, New York 10281
Attn: John M. Woods, Esq.

David Fromm, Esq.
Brown Gavalas & Fromm LLP
355 Lexington Avenue
New York, NY 10017

003Notice-Motion