John A. V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*
   *The Northern Assurance Company of America*
   *and American Home Assurance Company*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,                                           08 CV 3289 (CSH) (AJP)

                Plaintiffs,

  - against -                                              **APPEARANCE**

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY                                     **Electronically Filed**
ASSOCIATION, INC.

                Defendants.
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs The Northern Assurance Company of America and American Home Assurance Company.

    I certify that I am admitted to practice in this Court.

Dated: April 24, 2008
       New York, New York

                    By:    ___/s Kevin J.B. O'Malley_____
                              Kevin J.B. O'Malley
                              NICOLETTI HORNIG & SWEENEY
                              *Attorneys for Plaintiffs*
                                  *The Northern Assurance Company of America*
                                  *and American Home Assurance Company*
                              Wall Street Plaza
                              88 Pine Street, Seventh Floor
                              New York, New York 10005-1801
                              (212) 220-3830