John Eric Olson (JO4394)
HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant
Lafarge North America, Inc.
45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

        Plaintiffs,

- against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

        Defendants.

---------------------------------------------------------------x

Index No.:
08 CV 03289 (CSH)

**STIPULATION
EXTENDING TIME
TO ANSWER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

    IT IS HEREBY STIPULATED AND AGREED, that the time in which the defendant, Lafarge North America, Inc. may answer the Complaint of the plaintiffs, The Northern Assurance Company of America and American Home Assurance Company, is hereby extended seven (7) days up to and including April 30, 2008.

Dated: New York, New York
       April 24, 2008

                                      HILL RIVKINS & HAYDEN LLP
                                      Attorneys for Defendant
                                      Lafarge North America Inc.
                                      By: _____
                                         John Eric Olson (JO4394)


45 Broadway, Suite 1500
New York, NY 10006


Nicoletti Hornig Campise Sweeney & Paige
Attorneys for Plaintiffs

By: /s/ Nooshin Namazi       As per
     Nooshin Namazi (NN9449)   authority
                                TEL

Wall Street Plaza
88 Pine Street
New York, NY 10005-1801


SO ORDERED:

_____
U.S.D.J.
                    4/25/08

006Stip