HILL RIVKINS & HAYDEN LLP
*Attorneys for Defendant*
*Lafarge North America Inc.*
45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

                  Plaintiffs,

- against –

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

                  Defendants.
------------------------------------------------------------x

Index No.:
08 CV 03289

**NOTICE OF APPEARANCE**

     ***PLEASE TAKE NOTICE*** that Robert G. Clyne, Esq. and John J. Sullivan, Esq. of Hill Rivkins & Hayden LLP, hereby enter their appearance on behalf of defendant, LAFARGE NORTH AMERICA, INC.

Dated: April 28, 2008
       New York, New York

                      HILL RIVKINS & HAYDEN LLP
                      *Attorneys for Defendant, Lafarge North America, Inc.*

            By: _____
                      Robert G. Clyne (RC 2987)
                      John J. Sullivan (JS 1037)
                      45 Broadway, Suite 1500
                      New York, New York 10006
                      (212) 669-0600