HILL RIVKINS & HAYDEN LLP
*Attorneys for Defendant*
*Lafarge North America Inc.*
45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,                                  Civil Action No. 08-3289 (CSH)

            Plaintiffs,

  - against --                                        **RULE 7.1 STATEMENT**

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

            Defendants.

------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Lafarge North America, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                      LAFARGE S.A.

Dated: April 30, 2008
      New York, New York

                      HILL RIVKINS & HAYDEN LLP
                      *Attorneys for Defendant, Lafarge North America Inc.*

         By: _____
                    Robert G. Clyne (RC 2987)
                    John J. Sullivan (JS 1037)

45 Broadway, Suite 1500  
New York, New York 10006  
(212) 669-0600

2