

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739    Tel: (212) 669-0600
Fax: (212) 669-0698/0699          e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

**MEMO ENDORSED**

May 29, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**BY HAND**
The Honorable Charles S. Haight
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **The Northern Assurance Company of America and American Home Assurance Company v. Lafarge North America, Inc., etc.
08 Civ. 03289 (CSH)
Our File No: 29089-3-RGC/JJS**

Dear Judge Haight:

    We represent one of the defendants, Lafarge North America, Inc. ("LNA"), with respect to the captioned matter. With the consent of plaintiff's counsel, we write to request a three day extension of time to file LNA's Opposition To The Motion For Consolidation and Cross-Motion To Dismiss.

    As the Court is aware, we intend to make a cross-motion to dismiss the complaint in addition to opposing consolidation. While we could theoretically file our opposition papers within the time allotted, we submit that it would be much more efficient for the Court to decide the consolidation and motion to dismiss issues at the same time. We do need a few extra days to prepare our motion to dismiss.

    As mentioned above, counsel for plaintiff has consented to a three day extension up to and including June 5, 2008 for us to file our opposition and cross-motion.

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300 Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263 Fax: (916) 535-0268
e-mail: thefirm@brnlaw.com

The Honorable Charles S. Haight
May 29, 2008
Page Two

    We thank the Court for its consideration of the aforementioned request.

                  Respectfully submitted,

                  HILL RIVKINS & HAYDEN LLP

/cb
009-Judge Haight
                  Robert G. Clyne

cc:   *Via Telecopier: 212-912-7751*
     Thacher Proffitt & Wood LLP
     Attn:  John M. Woods, Esq.

     *Via Telecopier: 212-220-3780*
     Nicoletti, Hornig, Campise & Sweeney
     Attn:  John A.V. Nicoletti, Esq.

                                   SO ORDERED
                                   CHARLES S. HAIGHT JR.
                                SENIOR UNITED STATES DISTRICT JUDGE

