HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant
Lafarge North America, Inc.
45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

     Plaintiffs,

 - against –

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.,

     Defendants.

-----------------------------------------------------------x

Index No.:
08 CV 03289 (CSH)

**NOTICE OF**
**CROSS-MOTION**

   PLEASE TAKE NOTICE that the defendant, LAFARGE NORTH AMERICA, INC., by its attorneys, Hill Rivkins & Hayden LLP, hereby cross moves before the Honorable Charles S. Haight, Jr., United States District Judge, Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a time and place to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12 (b)(6) and 28 U.S.C. § 2201(a), dismissing the declaratory complaint of the plaintiffs, The Northern Assurance Co. of America and American Home Assurance Co., and for such other and further relief this Court deems just and proper. In support of this motion, the defendant will rely on the accompanying Declaration of Robert G. Clyne,

Esq., the exhibits attached thereto, the accompanying Memorandum of Law, the pleadings in this matter, and the pleadings in the related actions of *American Steamship Owners Mutual Protection and Indemnity Ass'n, Inc. v. Lafarge North America Inc.*, 06 CV 3123 (CSH), and *New York Marine and General Ins. Co. v. Lafarge North America Inc.*, 05 CV 9612 (CSH).

Dated: New York, New York
       June 5, 2008

                              HILL RIVKINS & HAYDEN LLP
                              Attorneys for Defendant
                              Lafarge North America Inc.

By: _____
      Robert G. Clyne (RC-2987)
45 Broadway, Suite 1500
New York, NY 10006
(212) 669-0600