# Nicoletti Hornig & Sweeney

**MEMO ENDORSED**

JOHN A V NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. MCGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S D L RUSSELL †
WILLIAM M. FENNELL
SCOTT D. CLAUSEN †
JANA SPERRY ᴼ

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
ᴼ ALSO ADMITTED IN NORTH CAROLINA

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN
OF COUNSEL

NEW JERSEY OFFICE

401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

June 20, 2008



**VIA FACSIMILE (212) 805-7909**

Honorable Charles S. Haight
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1940
New York, NY 10007

Re:  (1) *The Northern Assurance Company of America et al. v. Lafarge North America, Inc. et al.*, Index No. 08-CV-3289
(2) *American Steamship Owners Mutual Protection & Indemnity Assoc., Inc. v. Lafarge North America, Inc.*, Index No. 06-CV-3123 (CSH)
(3) *New York Marine & General Insurance Co. v. Lafarge North America, Inc.*, Index No. 05-CV-9612 (CSH)
Our File No.: 10000478 (JAVN/NN)

Dear Judge Haight:

We are attorneys representing The Northern Assurance Company of America ("Northern Assurance") and American Home Assurance Company ("American Home")(collectively referred to as "Excess Underwriters") in action (1) of the above-captioned related actions.

We have obtained the consent of counsel for defendant Lafarge North America, Inc. ("Lafarge") for an extension up to Friday, June 27, 2008, to file and serve the Excess Underwriters' opposition papers to Lafarge's motion to dismiss the complaint. We respectfully request that the Court grant our present application for the five (5) day extension for the filing of said papers.

June 20, 2008
Page 2

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: *[signature]*
John A. V. Nicoletti

JAVN/NN/mm

cc:

**VIA FACSIMILE: 212-669-0698**

Robert Gerard Clyne, Esq.
HILL, RIVKINS & HAYDEN
*Attorneys for Lafarge North America, Inc.*
45 Broadway
New York, New York 10006
Tel: 212-669-0600

**VIA FACSIMILE: 212-912-7751**

John Maynard Woods, Esq.
THACHER PROFFITT & WOOD LLP
*Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*
Two World Financial Center
New York, New York 10281
Tel: 212-912-7400

SO ORDERED

*[signature]*

CHARLES S. HAIGHT JR.
SENIOR UNITED STATES DISTRICT JUDGE  6/20/08