John A. V. Nicoletti
Nooshin Namazi
Kevin J.B. O'Malley
NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,                                              08 CV 3289 (CSH) (AJP)

                         Plaintiffs,

  - against -                                                   NOTICE OF
                                                                **FILING RATIFICATION**
LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY                                        Electronically Filed
ASSOCIATION, INC.

                        Defendants.
-------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, pursuant to Rule 17 of the Federal Rules of Civil Procedure, the annexed ratification of New York Marine and General Insurance Company is being filed with the Court in the above-captioned action.

Dated: New York, New York
       June 27, 2008

                                   NICOLETTI HORNIG & SWEENEY
                                   *Attorneys for Plaintiffs*
                                      *The Northern Assurance Company of America*
                                      *and American Home Assurance Company*

                             By:   /s John A. V. Nicoletti
                                   John A. V. Nicoletti
                                   Wall Street Plaza
                                   88 Pine Street, Seventh Floor
                                   New York, New York 10005
                                   (212) 220-3830

To:   Robert G. Clyne, Esq.
      HILL, RIVKINS & HAYDEN
      45 Broadway
      New York, New York 10006
      *Attorneys for Lafarge North America, Inc.*

      John M. Woods, Esq.
      THACHER PROFFITT & WOOD LLP
      Two World Financial Center
      New York, New York 10281
      *Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

                              Plaintiffs,

  - against -                                        08 CV 3289 (CSH) (AJP)

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY                   **Electronically Filed**
ASSOCIATION, INC.

                              Defendants.
------------------------------------------------------------X

## RATIFICATION OF
## NEW YORK MARINE AND GENERAL INSURANCE COMPANY

George Sutcliffe declares and states as follows:

1. I am a Senior Vice President of Mutual Marine Office, Inc. ("MMO").

2. MMO is the authorized representative of New York Marine and General Insurance Company ("NYMAGIC").

3. NYMAGIC, Northern Assurance Company of America ("Northern Assurance") and American Home Assurance Company ("American Home") subscribed, on a several and not joint basis, to an Excess Marine Liability Policy issued to Lafarge North America, Inc. ("Lafarge") for the period from May 1, 2005 to May 1, 2006 (the "Excess Policy").

4. NYMAGIC subscribed to 40% of the risk under the Excess Policy.

5. Northern Assurance subscribed to 35% of risk under the Excess Policy.

6. American Home subscribed to 25% of the risk under the Excess Policy.

7. NYMAGIC is the lead underwriter under the Excess Policy.

8.    Pursuant to Rule 17(a) of the Federal Rules of Civil Procedure, MMO, on behalf of NYMAGIC, hereby ratifies the commencement and prosecution of the above-captioned action by Northern Assurance and American Home on behalf of all of the underwriters subscribing to the Excess Policy, including NYMAGIC, and agrees to be bound by a final judgment in said action after all appeals have been exhausted or the time to appeal has expired, as applicable..

9.    NYMAGIC intends to file a motion with the Court, pursuant to Rule 24 of the Federal Rules of Civil Procedure, to intervene in the above-captioned action as a plaintiff.

Dated: New York, New York
      June 26, 2008

_____
GEORGE SUTCLIFFE

2