UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA and AMERICAN HOME ASSURANCE COMPANY,<br><br>           Plaintiffs,<br><br> - against -<br><br>LAFARGE NORTH AMERICA, INC., and AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.<br><br>           Defendants. | ECF CASE<br><br>Case No.: 08 CV 03289 (CSH) (AJP)<br><br>NOTICE OF APPEARANCE |

   PLEASE TAKE NOTICE that Jennifer S. Kozar, an attorney associated with the law firm of Thacher Proffitt & Wood LLP and admitted to practice in this District, hereby enters her appearance as counsel on behalf of Defendant American Steamship Owners Mutual Protection and Indemnity Association, Inc., and requests that notice of all matters arising herein and service of all papers and documents filed herein, be served upon:

        Thacher Proffitt & Wood LLP
        Two World Financial Center
        New York, New York 10281
        Attn: John M. Woods, Esq.
           jwoods@tpw.com
          Jennifer S. Kozar, Esq.
           jkozar@tpw.com

Dated: New York, New York
    June 30, 2008      THACHER PROFFITT & WOOD LLP

             By: /s/ Jennifer S. Kozar
               Jennifer S. Kozar

             Two World Financial Center
             New York, New York 10281
             Tel: (212) 912-7400

             *Attorneys for Defendant American Steamship Owners*
             *Mutual Protection and Indemnity Association, Inc.*