John A. V. Nicoletti
Nooshin Namazi
Guerric S.D.L. Russell
NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*
   *The Northern Assurance Company of America*
   *and American Home Assurance Company*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

                    Plaintiffs,

   - against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.

                    Defendants.
-----------------------------------------------------------------X

08 CV 3289 (CSH) (AJP)

**Electronically Filed**

## NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the attached Affidavit of John A.V. Nicoletti and the exhibits thereto, upon the pleadings herein and upon the accompanying Memorandum of Law, Plaintiffs The Northern Assurance Company of America and American Home Assurance Company, by and through their undersigned attorneys, will move this Court, Charles S. Haight, U.S.D.J., United States District Court, 500 Pearl Street, Courtroom 17C, New York, New York 10007, on the 28th day of July 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard,

for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 5 and 6 of the Federal Rules of Civil Procedure and Rule 6.1 of the Local Civil Rules of the Southern District of New York, answering papers, if any, are required to be served upon the undersigned no later than July 17, 2008.

Dated: July 2, 2008
New York, New York

NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*
  *The Northern Assurance Company of America*
  *and American Home Assurance Company*

By: _____
John A. V. Nicoletti (JN-7174)
Nooshin Namazi (NN-9449)
Guerric S.D.L. Russell (GR-4845)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile:  (212) 220-3780
Email:      jnicoletti@nicolettihornig.com
(FILE NO.: 10000478 JAVN/NN/GSR)

To:   Robert G. Clyne, Esq.
      HILL, RIVKINS & HAYDEN
      45 Broadway
      New York, New York 10006
      *Attorneys for Lafarge North America, Inc.*

      John M. Woods, Esq.
      THACHER PROFFITT & WOOD LLP
      Two World Financial Center
      New York, New York 10281
      *Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*