UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY            08 CV 3289 (CSH) (AJP)
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

                        Plaintiffs,                     **Electronically Filed**

   - against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.

                       Defendants.
------------------------------------------------------------X


## AFFIDAVIT OF SERVICE


NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830

*Attorneys for Plaintiffs*
  *The Northern Assurance Company of America*
  *and American Home Assurance Company*


Of Counsel:
   John A.V. Nicoletti
   Nooshin Namazi
   Guerric S.D.L. Russell

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   : SS.:
COUNTY OF NEW YORK )

LAWRENCE MUNCK, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiffs. I am not a party to this action, am over 18 years of age and reside in Pleasantville, New York.

2. On July 2, 2008, I served a copy of the annexed **NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT and AFFIDAVIT IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT with exhibits** upon the following:

>   Robert G. Clyne, Esq.
>   HILL, RIVKINS & HAYDEN
>   45 Broadway
>   New York, New York 10006
>   *Attorneys for Lafarge North America, Inc.*
>
>   John M. Woods, Esq.
>   THACHER PROFFITT & WOOD LLP
>   Two World Financial Center
>   New York, New York 10281
>   *Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*

by leaving a true copy of the above-named document at the respective offices of the above-named law firms.

_____
LAWRENCE MUNCK

Sworn to before me this
2nd day of July, 2008

_____
Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11