UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY                    08 CV 3289 (CSH) (AJP)
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

                      Plaintiffs,                          **Electronically Filed**

   - against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.

                      Defendants.
------------------------------------------------------------X


## AFFIDAVIT OF SERVICE


                      NICOLETTI HORNIG & SWEENEY
                      Wall Street Plaza
                      88 Pine Street, 7th Floor
                      New York, New York 10005-1801
                      (212) 220-3830

                      *Attorneys for Plaintiffs*
                        *The Northern Assurance Company of America*
                        *and American Home Assurance Company*


Of Counsel:
    John A.V. Nicoletti
    Nooshin Namazi
    Guerric S.D.L. Russell

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                : SS.:
COUNTY OF NEW YORK  )

       LAWRENCE MUNCK, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiffs. I am not a party to this action, am over 18 years of age and reside in Pleasantville, New York.

2. On July 2, 2008, I served a copy of the annexed **PLAINTIFFS THE NORTHERN ASSURANCE COMPANY OF AMERICA AND AMERICAN HOME ASSURANCE COMPANY'S LOCAL CIVIL RULE 56.1 STATEMENT** upon the following:

> Robert G. Clyne, Esq.
> HILL, RIVKINS & HAYDEN
> 45 Broadway
> New York, New York 10006
> *Attorneys for Lafarge North America, Inc.*
>
> John M. Woods, Esq.
> THACHER PROFFITT & WOOD LLP
> Two World Financial Center
> New York, New York 10281
> *Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*

by leaving a true copy of the above-named document at the respective offices of the above-named law firms.

                                                                  _____
                                                                                    LAWRENCE MUNCK

Sworn to before me this
2nd day of July, 2008

_____
Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11