

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739
Tel: 212 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

July 10, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

**BY HAND**
The Honorable Charles S. Haight, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   **The Northern Assurance Company of
> America and American Home Assurance
> Company v. Lafarge North America, Inc., etc.
> 08 Civ. 03289 (CSH)
> Our File No: 29089-3-RGC/JJS**

Dear Judge Haight:

We represent one of the defendants, Lafarge North America, Inc. ("LNA"), with respect to the captioned matter. With the consent of plaintiffs' counsel, we write to request an extension of time to file LNA's Reply on its Cross-Motion to Dismiss and LNA's opposition to the plaintiffs' Motion for Summary Judgment.

Counsel for the plaintiffs has consented to an extension until Monday, July 28, 2008, at 4:00 p.m. to file LNA's papers in connection with both motions.

We thank the Court for its consideration of the aforementioned request.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

Robert G. Clyne

SO ORDERED

CHARLES S. HAIGHT JR.
SENIOR UNITED STATES DISTRICT JUDGE

0149-Judge Haight

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: 203 315-9274  Fax: 203 315-9264
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

The Honorable Charles S. Haight, U.S.D.J.
United States District Court
July 10, 2008
Page Two

cc:   *Via Telecopier: 212-912-7751*
      Thacher Proffitt & Wood LLP
      Attn:   John M. Woods, Esq.

      *Via Telecopier: 212-220-3780*
      Nicoletti, Hornig, Campise & Sweeney
      Attn:   John A.V. Nicoletti, Esq.

      *Via Telecopier: 212-983-5946*
      Brown Gavalas & Fromm LLP
      Attn:   David H. Fromm, Esq.

HILL RIVKINS