BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, New York 10017

Attorneys for Intervenor Plaintiff
*New York Marine And General Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| THE NORTHERN ASSURANCE COMPANY OF AMERICA and AMERICAN HOME ASSURANCE COMPANY, | Case No.: 08 CV 3289 (CSH) (AJP) |
| Plaintiffs, | **ECF CASE** |
| - against - | **NOTICE OF APPEARANCE** |
| LAFARGE NORTH AMERICA, INC. and AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC., | |
| Defendants. | |

-------------------------------------------------------------X

     PLEASE TAKE NOTICE that Michael P. Naughton, Esq. of Brown Gavalas & Fromm LLP hereby enters his appearance on behalf of Intervenor Plaintiff New York Marine and General Insurance Company.

Dated: July 16, 2008
       New York, New York

                                              Respectfully submitted,

                                              BROWN GAVALAS & FROMM LLP
                                              Attorneys for Intervenor Plaintiff
                                              *New York Marine And*
                                              *General Insurance Company*

                         By:      /S/
                                   Michael P. Naughton (MN 6870)
                                   E-Mail: mpn@browngavalas.com

355 Lexington Avenue
New York, New York 10017
(212) 983-8500

TO:

Robert G. Clyne, Esq.
HILL RIVKINS & HAYDEN LLP
*Attorneys for Lafarge North America, Inc.*
45 Broadway
New York, New York 10006
(212) 669-0600

John M. Woods, Esq.
THACHER PROFFITT & WOOD LLP
*Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*
Two World Financial Center
New York, New York 10281
(212) 912-7400

John A.V. Nicoletti, Esq.
NICOLETTI HORNIG & SWEENEY
*Attorneys for The Northern Assurance Company of America*
*and American Home Assurance Company*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005
(212) 220-3830