UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY      Case No.:
OF AMERICA and AMERICAN HOME      08 CV 3289 (CSH) (AJP)
ASSURANCE COMPANY,

                      Plaintiffs,            **ECF CASE**

    - against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.,

                      Defendants.
-------------------------------------------------------------X

### NOTICE OF MOTION OF NEW YORK MARINE AND GENERAL INSURANCE COMPANY TO INTERVENE AS A PLAINTIFF

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law dated July 16, 2008, and the Declaration of David H. Fromm dated July 16, 2008, submitted herewith, New York Marine and General Insurance Company will move before The Honorable Charles S. Haight of the United States District Court for the Southern District of New York, at a date and time to be determined by the Court, at the United States Courthouse at 500 Pearl Street, New York, New York 10007 for an Order, pursuant to Rule 24 of the Federal Rules of Civil Procedure, permitting New York Marine and General Insurance Company to intervene as a plaintiff in this action.

PLEASE TAKE FURTHER NOTICE that any answering and reply papers shall be served in accordance with Local Civil Rule 6.1(b).

Dated: July 16, 2008
      New York, New York

                                    Respectfully submitted,

                                    BROWN GAVALAS & FROMM LLP
                                  Attorneys for Intervenor Plaintiff
                                  *New York Marine and*
                                  *General Insurance Company*

                    By:      /S/
                            David H. Fromm (DF-9334)
                            E-Mail: dhf@browngavalas.com
                            Michael P. Naughton (MN-6870
                            E-Mail: mpn@browngavalas.com
                            355 Lexington Avenue
                            New York, New York 10017
                            (212) 983-8500

TO:

Robert G. Clyne, Esq.
HILL RIVKINS & HAYDEN LLP
*Attorneys for Lafarge North America, Inc.*
45 Broadway
New York, New York 10006
(212) 669-0600

John M. Woods, Esq.
THACHER PROFFITT & WOOD LLP
*Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*
Two World Financial Center
New York, New York 10281
(212) 912-7400

John A.V. Nicoletti, Esq.
NICOLETTI HORNIG & SWEENEY
*Attorneys for The Northern Assurance Company of America*
*and American Home Assurance Company*
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005
(212) 220-3830