

Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281
212.912.7400

Fax: 212.912.7751
www.tpw.com

MEMO ENDORSED

July 16, 2008

**BY HAND**

Honorable Charles S. Haight
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1940
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

    Re:   *Northern Assurance Co. of Amer., et al. v. Lafarge N.A., Inc., et al.*
          S.D.N.Y. Docket No.: 08 CV 03289 (CSH) (AJP)
          Our File No.: 20239-00002

Dear Judge Haight:

    We represent American Steamship Owners Mutual Protection and Indemnity Association, Inc. (the "American Club") in the captioned matter. With the Consent of Plaintiffs' counsel, we write to request an extension of time to file the American Club's opposition to the Plaintiffs' Motion for Summary Judgment. Specifically, counsel for the Plaintiffs has consented to an extension until Monday, July 28, 2008 at 4:00 p.m. to file the American Club's opposition to the Plaintiffs' Motion for Summary Judgment.

    In addition, we have agreed, along with counsel for Lafarge North America ("Lafarge"), that Plaintiffs' replies to the opposition papers submitted by the American Club and Lafarge will be due on August 11, 2008.

    We thank the Court for its consideration of the aforementioned request.

                                              Respectfully submitted,

                                              THACHER PROFFITT & WOOD LLP

                                              By: *John M Woods*

**SO ORDERED**
*/s/ Charles S. Haight/*
_____
CHARLES S. HAIGHT JR.
SENIOR UNITED STATES DISTRICT JUDGE

7/17/08