John A. V. Nicoletti
Nooshin Namazi
Guerric S.D.L. Russell
NICOLETTI HORNIG & SWEENEY
*Attorneys for Plaintiffs*
   *The Northern Assurance Company of America*
   *and American Home Assurance Company*
Wall Street Plaza
88 Pine Street, Seventh Floor
New York, New York 10005
(212) 220-3830

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

       Plaintiffs,

 - against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.

       Defendants.
------------------------------------------------------------X

08 CV 3289 (CSH) (AJP)

**Electronically Filed**

**NOTICE OF MOTION FOR RECONSIDERATION**

 **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Plaintiffs The Northern Assurance Company of America and American Home Assurance Company, by and through their undersigned attorneys, will move this Court, Charles S. Haight, U.S.D.J., United States District Court, 500 Pearl Street, Courtroom 17C, New York, New York 10007, on the 27th day of August 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order, pursuant to Rule 60 of the Federal Rules of Civil Procedure and Local Rule 6.3, granting reconsideration of the Court's Order dated August 4, 2008, and upon

reconsideration, lifting that portion of the Court's Order, which stayed the plaintiffs' First Cause of Action against defendant American Steamship Owners Mutual Protection; or in the alternative, permitting plaintiffs to oppose the American Club's motion for summary judgment in the related action entitled *American Steamship Owners Mutual Protection and Indemnity Association, Inc. v. Lafarge North America, Inc.*, 06 CV 3123.

Dated: August 12, 2008
      New York, New York

                                                      NICOLETTI HORNIG & SWEENEY

                                                      *Attorneys for Plaintiffs*
                                                        *The Northern Assurance Company of America*
                                                        *and American Home Assurance Company*

                                      By:    /s John A. V. Nicoletti
                                                   John A. V. Nicoletti
                                                   Wall Street Plaza
                                                   88 Pine Street, Seventh Floor
                                                   New York, New York 10005
                                                   (212) 220-3830

To:    Robert G. Clyne, Esq.
        HILL, RIVKINS & HAYDEN
        45 Broadway
        New York, New York 10006
        *Attorneys for Lafarge North America, Inc.*

        John M. Woods, Esq.
        THACHER PROFFITT & WOOD LLP
        Two World Financial Center
        New York, New York 10281
        *Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*