UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE NORTHERN ASSURANCE COMPANY
OF AMERICA and AMERICAN HOME
ASSURANCE COMPANY,

                                Plaintiffs,

- against -

LAFARGE NORTH AMERICA, INC. and
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY
ASSOCIATION, INC.

                                Defendants.
-----------------------------------------------------------X

08 CV 3289 (CSH) (AJP)

**Electronically Filed**

## AFFIDAVIT OF SERVICE

NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
(212) 220-3830

*Attorneys for Plaintiffs*
   *The Northern Assurance Company of America*
   *and American Home Assurance Company*

Of Counsel:
   John A.V. Nicoletti
   Nooshin Namazi
   Guerric S.D.L. Russell

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK )

LAWRENCE MUNCK, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Plaintiffs. I am not a party to this action, am over 18 years of age and reside in the Pleasantville, New York.

2. On August 12, 2008, I served a copy of the **PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION** upon the following addressee(s):

> Robert G. Clyne, Esq.
> HILL, RIVKINS & HAYDEN
> 45 Broadway
> New York, New York 10006
> *Attorneys for Lafarge North America, Inc.*

by delivering to and leaving personally a true copy thereof with Robert G. Clyne, who acknowledged to me his authority to accept service on behalf of HILL, RIVKINS & HAYDEN; and

> John M. Woods, Esq.
> THACHER PROFFITT & WOOD LLP
> Two World Financial Center
> New York, New York 10281
> *Attorneys for American Steamship Owners Mut. P&I Assoc., Inc.*

by delivering to and leaving personally a true copy thereof with Michael Muller, who acknowledged to me his authority to accept service on behalf of THACHER PROFFITT & WOOD LLP.

_____
LAWRENCE MUNCK

Sworn to before me this
12th day of August, 2008

_____
Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 3, 20 11